UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Emily Crenshaw** § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL NO. :   4:17-cv-00508 |
| § | |
| § | |
| **The Guardian Life Insurance** § | |
| **Company of America** § | |
| § | |
| *Defendants* § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Emily Crenshaw, Plaintiff herein, complaining of The Guardian Life Insurance Company of America, Defendant, and for cause of action would show:

1. Plaintiff is a resident of Allen, Texas, which is located in the Eastern District of Texas.

2. Defendant, The Guardian Life Insurance Company of America, (hereinafter referred to as ("Guardian Life") is an insurance corporation duly and legally formed under the laws of New York, which does business in the State of Texas and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

3. Jurisdiction is appropriate in this court as the matter in controversy arises under federal statutes.  Plaintiff is entitled to recover under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"),

specifically including 29 U.S.C. § 1132 (a)(1)(B) and 29 U.S.C. § 1133. Plaintiff would show that she is a participant in or beneficiary of an employee welfare benefit plan, which includes an insurance policy issued by Guardian Life. Plaintiff brings this action to recover past benefits, to enforce her rights under the terms of the plan, to clarify her right to future benefits under the terms of the plan, and to obtain other appropriate equitable relief.

4. Plaintiff was an employee of Therapy Management Services, Inc. in July, 2015 when she became disabled. At the time she became disabled, Plaintiff was insured for Long Term Disability benefits under a policy of insurance, issued by Guardian Life to Therapy Management Services, Inc. identified as policy number G-00434897 and insuring Plaintiff.

5. Plaintiff properly submitted a claim to Guardian Life identified as claim number 73237 which was denied. Plaintiff then properly appealed to the designated fiduciary of the plan but Plaintiff's appeal was denied.

6. Plaintiff has exhausted all required administrative remedies available to her under the plan. All conditions precedent to this cause of action have been met or have occurred.

7. The policy at issue in this case was offered, issued, renewed, or delivered on or after February 1, 2011, and is subject to the laws of Texas. It contains a Discretionary Clause, in contravention of Texas law, as outlined at 28 Tex. Admin.

Code § 3.1201. The Discretionary Clause is Void under Texas law and Guardian Life's decision to deny Plaintiff's claim is subject to *de novo* review.

8. Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits she has been denied, clarification of her right to receive future benefits under the policy, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, she have judgment against Defendant for her damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of her right to receive future benefits under the Plan, to which she may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By:   /s/ Lonnie Roach
LONNIE ROACH
Attorney-in-Charge
State Bar No. 16967600
Federal Bar No. 377174

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**